IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

```
_____
                               )
ADELPHI RECORDS,               )
INCORPORATED,                  )
                               )
          Plaintiff,           )
                               )
v.                             )    Civil Action No. 05-1064
                               )
PETER V. KUYKENDALL, et al.,   )
                               )
          Defendants.          )
_____)
```

**ORDER**

This matter comes before the Court on Defendant Richard K. Spottswood's (Spottswood) Motion to Dismiss and Motion for a More Definite Statement. It appearing to the Court that Magistrate Judge O'Grady's Order of May 1, 2006, grants Plaintiff's Motion for Leave to File a Second Amended Complaint, it is hereby

ORDERED that Defendant Spottswood's Motion to Dismiss and Motion for More Definite Statement are DENIED as moot.

                                          /s/
                                _____
                                CLAUDE M. HILTON
                                UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
May 2, 2006